UNITED STATES of America,
Plaintiff—Appellee,

v.

Laron Warren **PHILLIPS**, Defendant—Appellant.

No. 06–6336.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2006.

Decided: July 26, 2006.

**230**

Laron Warren Phillips, Appellant Pro Se. Darryl James Mitchell, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Laron Warren Phillips appeals the district court's order denying his motion to compel a Fed.R.Crim.P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Phillips,* Nos. 2:01–cr–00127–JBF; 2:05–cv–637 (E.D.Va. Jan. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*